JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| CHRISTINE WAGNER, | Case No. SACV12-0025 CJC (ANx) |
| Plaintiff, | Assigned For All Purposes To: The Hon. Cormac J. Carney |
| v. | **JUDGMENT ON THE VERDICT** |
| CORINTHIAN COLLEGES, INC., | |
| Defendant. | |

This action came on regularly for trial on June 10, 2014, in Department 9B of the above-titled court, Hon. Cormac J. Carney presiding; the plaintiff CHRISTINE WAGNER ("Plaintiff") appearing by attorneys R. Scott Oswald and David Scher, and the defendant CORINTHIAN COLLEGES, INC. ("Defendant") appearing by attorneys Jeffrey K. Brown and Rachel Warren.

A jury of eight persons was regularly impaneled and sworn. Witnesses were sworn and testified. After hearing the evidence and arguments of counsel, the jury was duly instructed by the Court and the case was submitted to the jury with

directions to return a verdict on special issues.  The jury deliberated and thereafter returned into court with its unanimous verdict as follows:

     1.    Has Ms. Wagner proved by a preponderance of the evidence, that her sex was a motivating factor for the College's decision to terminate her employment?  No.

     It appearing by reason of said verdict that:  Defendant is entitled to judgment against Plaintiff.

     NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that said Plaintiff take nothing from said Defendant, that the entire action be dismissed on the merits, and that Defendant may recover of Plaintiff its fees and costs of action, taxed at a sum to be determined.

DATED: June 26, 2014

_____

The Honorable Cormac J. Carney